[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-10145
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 13, 2005
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-22726-CV-JLK

SHELL MALBRANCHE,
EDDY GEDEON,

Plaintiffs-Appellees,

versus

ART HALL PROTECTION SERVICES, INC.,
ARTHUR HALL,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 13, 2005)

Before TJOFLAT, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

The district court granted appellees' motion for summary judgment without giving appellants "10-day advance notice that it would take [appellees'] motion under advisement as of a certain date." Milburn v. United States, 734 F. 2d 762, 766-67 (11th Cir. 1984). The district court's judgment is therefore vacated and the cause is remanded for further proceedings.

SO ORDERED.